UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:11-CV-20451

MILLENIUM LABORATORIES, INC.,
A California corporation

    Plaintiff/Counter-Defendant

vs.

AEGIS SCIENCES CORPORATION,
A Tennessee corporation

    Defendant/Counter-Plaintiff.

_____/

## ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS

THIS CAUSE comes before the Court on Defendant's Motion for Sanctions (DE #30), filed June, 11, 2011 in response to Plaintiff's Motion to Amend Complaint (DE #12). Therein, Defendant claims that Plaintiff had no factual basis for his proposed Amended Complaint, and as such acted in bad faith. Defendant requests Rule 11 sanctions be awarded against Plaintiff, "including an order dismissing the Original Complaint and Millennium's claims against Aegis with prejudice, striking the first amended complaint, . . . and/or awarding [Defendant] its reasonable attorneys' fees and costs incurred in defense of this action" (DE # 30).

This Motion came on the heels of Plaintiff's Motion to Amend Complaint. After careful consideration, the Court determined it was proper to grant the Plaintiff's Motion to Amend. In doing so, the Court determined that the truthfulness and accuracy of Plaintiff's amended allegations would be determined through the course of litigation. Given that holding, it would be improper for the Court to award sanctions at this time.

Accordingly, after a careful review of the record and the Court being fully advised, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's Motion for Rule 11 Sanctions (DE # 30) be, and the same is hereby, **DENIED** with leave to re-file when costs and fees are considered after trial.

**DONE** and **ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of June, 2011.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Cc:

**Counsel for Plaintiff/Counter-Defendant**
**Carol Ann Licko**
Hogan Lovells US LLP
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
305-459-6500
Fax: 459-6550
Email: carol.licko@hoganlovells.com

**Catherine Speraw Dorvil**
Hogan Lovells US LLP
1111 Brickell Ave., Suite 1900
Miami, FL 33131
305-459-6671
Email: catherine.dorvil@hoganlovells.com

**Paul A. Werner**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Email: paul.werner@hoganlovells.com

**Steven P. Hollman**
Hogan Lovells US LLP

555 Thirteenth Street, NW
Wasington, DC 20004
Email: steven.hollman@hoganlovells.com

**Counsel for Defendant/Counter-Plaintiff**
**Cannon F. Allen , Sr.**
Adams and Reese, LLP
80 Monroe Avenue
Suite 700
Memphis, TN 38103
901-524-5275
Email: cannon.allen@arlaw.com

**Joel T. Galanter**
Adams & Reese LLP
424 Church Street
Suite 2800
Nashville, TN 37219
615-259-1064
Email: joel.galanter@arlaw.com

**Melissa Stok Rizzo**
Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602
813-402-2871
Fax: 813-402-2887
Email: melissa.rizzo@arlaw.com

**Robert Walter Boos**
Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602-5230
813-402-2864
Fax: 813-402-2887
Email: bob.boos@arlaw.com

**Deborah H. Oliver**
Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602
813-227-5505

Fax: 813-227-5605
Email: deborah.oliver@arlaw.com