UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 11-20451-CV-JLK
Case No. 11-22815-CV-JLK (consolidated)

MILLENNIUM LABORATORIES, INC.,
a California corporation,

    Plaintiff,

v.

AEGIS SCIENCES CORPORATION,
a Tennessee corporation,

    Defendant.
_____/

## ORDER OF REFERRAL TO SPECIAL MASTER

**THIS MATTER** comes before the Court upon Plaintiff Millennium Laboratories, Inc.'s Motion to Disqualify Defendant's Counsel and for Sanctions (DE #140), filed March 2, 2012. Therein, Plaintiff Millennium Laboratories, Inc. seeks to disqualify Defendant Aegis Sciences Corporation's counsel based on alleged discovery violations. Pursuant to a September 20, 2011 Order, the undersigned United States District Judge referred all discovery-related motions in the above-styled action to the Honorable Chris M. McAliley, United States Magistrate Judge for the Southern District of Florida. (DE #76). To facilitate the resolution of contentious discovery in this matter, Magistrate Judge McAliley, with the Parties' consent, appointed John Barkett as Special Master to address selected discovery

disputes. (DE #109). Since then, Special Master Barkett has worked diligently with the Parties to resolve successfully various discovery matters.

Upon consideration, the undersigned United States District Judge does hereby **REFER** Plaintiff Millennium Laboratories, Inc.'s Motion to Disqualify Defendant's Counsel and for Sanctions (DE #140), filed March 2, 2012, in the above-styled case to Special Master John Barkett. The Special Master is directed to confer with the parties on the matter, and issue a recommendation to the undersigned United States District Judge.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse in Miami, Florida on this 21st day of March, 2012.

JAMES LAWRENCE KING
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge McAliley
Special Master John Barkett

*Counsel for Millennium Laboratories, Inc.*
**Carol Ann Licko**
Hogan Lovells US LLP
1111 Brickell Avenue
Suite 1900
Miami, FL 33131
305-459-6500
Fax: 459-6550
Email: carol.licko@hoganlovells.com

**Catherine Speraw Dorvil**
Hogan Lovells US LLP
1111 Brickell Ave., Suite 1900
Miami, FL 33131

305-459-6671
Email: catherine.dorvil@hoganlovells.com

**Paul A. Werner**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Email: paul.werner@hoganlovells.com

**Steven P. Hollman**
Hogan Lovells US LLP
555 Thirteenth Street, NW
Wasington, DC 20004
Email: steven.hollman@hoganlovells.com

*Counsel for Aegis Sciences Corporation*
**Cannon F. Allen , Sr.**
Adams and Reese, LLP
80 Monroe Avenue
Suite 700
Memphis, TN 38103
901-524-5275
Email: cannon.allen@arlaw.com

**Joel T. Galanter**
Adams & Reese LLP
424 Church Street
Suite 2800
Nashville, TN 37219
615-259-1064
Email: joel.galanter@arlaw.com

**Melissa Stok Rizzo**
Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602
813-402-2871
Fax: 813-402-2887
Email: melissa.rizzo@arlaw.com

**Robert Walter Boos**

Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602-5230
813-402-2864
Fax: 813-402-2887
Email: bob.boos@arlaw.com

**Deborah H. Oliver**
Adams and Reese LLP
101 E. Kennedy Blvd.
Suite 4000
Tampa, FL 33602
813-227-5505
Fax: 813-227-5605
Email: deborah.oliver@arlaw.com