UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MILLENNIUM LABORATORIES, INC.,                    CASE NO: 11-20451-CIV-JLK
a California corporation,

        Plaintiff,

v.

AEGIS SCIENCES CORPORATION, a
Tennessee corporation,

        Defendant.
_____/

AEGIS SCIENCES CORPORATION,                       CASE NO: 11-22815-CIV-JLK
a Tennessee corporation,

        Plaintiff,

v.

MILLENNIUM LABORATORIES, INC., a
California corporation,

        Defendant.
_____/

## <u>REPORT NO. 6</u>

In Report No. 5, I advised the Court that I would be reporting separately on the success of the mediation between the parties as soon as I confirmed completion of settlement documents. I can now confirm that settlement documents have been executed and that the parties will be filing appropriate papers with the Court shortly reflecting the settlement of the matter.

The Special Master appreciates very much the confidence placed in me by the Court and the parties and is grateful for this opportunity to have been of service to the Court.

2

                          Respectfully Submitted,

                          /s/  John M. Barkett_____

                          John M. Barkett, Esq.

                          Special Master

                          July 23, 2012

cc:    The Honorable James Lawrence King
        The Honorable Chris McAliley
        Counsel of Record
        (all via the CM/ECF system)